# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-CV-00399-LEK-RT |
| CASE NAME: | Claide Manuel v. Target Corporation |
| ATTYS FOR PLTF: | George Cesar Alejandro |
| ATTYS FOR DEFT: | Donna A.O. Yoshimoto |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record / ZOOM (Sealed) |
| DATE: | 12/18/2023 | TIME: | No Record: 11:02 AM – 1:57 PM / Sealed: 1:57 PM – 2:10 PM |

COURT ACTION: EP:   1) CONFIDENTIAL EARLY SETTLEMENT CONFERENCE and 2) CONFIDENTIAL SETTLEMENT ON RECORD held on 12/18/2023.

Others Present:

   Ron Ehley, Adjuster for Target; and
   Claide Manuel, Plaintiff.

**CONFIDENTIAL SETTLEMENT CONFERENCE (No Record: 11:02 AM-1:57 PM)**:

Discussion had. Parties accepted Court's mediator's proposal. Settlement reached.

**CONFIDENTIAL SETTLEMENT ON THE RECORD (Sealed: 1:57 PM-2:10 PM):**

The Court recited the **material and essential** terms of the settlement.

Parties, individually and through counsel, **confirmed and consented** to the settlement terms as recited with clarifications.

Settlement **terms** to remain **confidential**. The audio recording and transcript of this hearing shall be sealed. Counsel and the parties, however, shall be permitted to request and obtain a transcript without further court order.

Court finds the essential terms of a **binding and enforceable settlement** have been set forth in the record of this case.

**Stipulation for Dismissal With Prejudice** due **2/1/2024** and to be submitted to Kobayashi_Orders@hid.uscourts.gov with a courtesy copy to Trader_Orders@hid.uscourts.gov.

Court to **retain jurisdiction** for limited time period up through the stipulation to dismiss to effectuate settlement. *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**Trial date and all deadlines are VACATED.**

To monitor status of the Stipulation for Dismissal, Court sets **Confidential Telephone Conference** for **2/23/2024 at 8:45 a.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number: 1-833-568-8864 (toll-free).
Meeting ID:     161 5641 6035.

Should the Stipulation for Dismissal be received prior, the Court automatically will vacate the 2/23/2024 Confidential Telephone Conference.

*Submitted by: Michael D. Cruz, Courtroom Manager*