YOSHIMOTO LAW GROUP
A Limited Liability Law Company

DONNA A.O. YOSHIMOTO   #6234-0
dyoshimoto@hi-lawyers.com
JASON H. FIEMAN            #9882-0
jfieman@hi-lawyers.com
City Financial Tower
201 Merchant Street, Suite 2440
Honolulu, Hawaiʻi 96813
Telephone:  (808) 695-4500
Facsimile:  (808) 695-4599

Attorneys for Defendant
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLAIDE MANUEL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　　Defendants. | Case 1:22-cv-00399-LEK-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES<br><br><br>**Trial:   June 17, 2024**<br>**Judge:  Hon. Leslie E. Kobayashi** |

{09318-1016-00085321-1}

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED, by and between the parties herein, that pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and Rule 41.1 of the *Local Rules of the United States District Court for the District of Hawaii*, that all claims, complaints, cross-claims, counterclaims, third-party complaints and all amendments thereto asserted in this matter are hereby dismissed with prejudice as to all parties.  Each party is to bear its own attorneys' fees and costs.  Trial in this matter had been set for June 17, 2024 before the Honorable Leslie E. Kobayashi.

All appearing parties have signed this Stipulation.  There are no remaining parties, claims, or issues in this lawsuit.

DATED:  Honolulu, Hawai'i, February 15, 2024.

> /s/ George C. Alejandro
> GLENN T. HONDA
> GEORGE C. ALEJANDRO
>
> Attorneys for Plaintiff
> CLAIDE MANUEL

---

*Claide Manuel v. Target Corporation, et al.*; Case 1:22-cv-00399-LEK-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES
{09318-1016-00085321-1}

DATED: Honolulu, Hawaiʻi, February 15, 2024.

| | |
|---|---|
| YOSHIMOTO LAW GROUP<br>A Limited Liability Law Company | */s/ Donna A.O. Yoshimoto*<br>DONNA A.O. YOSHIMOTO<br>JASON H. FIEMAN<br><br>Attorneys for Defendant<br>TARGET CORPORATION |

APPROVED AS AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
*Claide Manuel v. Target Corporation, et al.*; Case 1:22-cv-00399-LEK-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES